UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-35 |
| ) | Judge Jordan |
| VICTOR VERDIN REYES ) | |
| ESTEBAN DELGADO CAMACHO ) | |
| also known as "JOEL MARTINEZ CASTILLO" ) | |
| SERGIO VERDIN REYES ) | |
| DONNIE GARFIELD GRANT ) | |
| ERICKA JEAN VERDIN ) | |

## ORDER OF DISMISSAL

Upon motion of the United States of America, and for good cause shown, the forfeiture allegations as to the following property, as charged in the Indictment in the above-styled case, are hereby ORDERED dismissed without prejudice: $8,062.00, $37,500.00, $26,450.00, and $15,000.00 in United States currency.

ENTER:

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney

By: *s/ Donald Wayne Taylor*
  DONALD WAYNE TAYLOR
  Assistant United States Attorney